**Garri SHTEIN, Plaintiff—Appellant,**

v.

**BANK OF AMERICA, FSB,
Defendant—Appellee.**

No. 04–1119.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 7, 2004.

Decided: June 1, 2004.

Garri Shtein, Appellant pro se.

Dennis Patrick McGlone, Todd Russell Chason, Gordon, Feinblatt, Rothman, Hoffberger & Hollander, Baltimore, Maryland, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Garri Shtein appeals the magistrate judge's letter order dismissing his discrimination and conspiracy to invade privacy action with prejudice. We have reviewed the record and find no reversible error.* Accordingly, we affirm for the reasons stated by the magistrate judge. *See*

---

* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c)

*Shtein v. Bank of America,* No. CA–03–1159–CBD (D.Md. Nov. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*